IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN BERNARD COLLINS, et al.** | * |
| | * |
| **Plaintiffs** | * |
| | * Case No.: WMN-02-CV-1857 |
| v. | * |
| | * |
| **THOMAS P. EVERETT, et al.** | * |
| | * |
| **Defendants** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO STRIKE APPEARANCE

Please strike the appearance of Sean P. Edwards as counsel for Defendants, **Thomas P. Everett, Sr.** and **Barbara A. Everett,** Individually and t/a **T.P. Trucking,** and **T.P. Trucking, Inc.** Inga Oesterle Drewniak and Ryan & Drewniak, P.A. will remain as counsel for Defendants.

Respectfully submitted,

_____
Inga Oesterle Drewniak

_____
Sean P. Edwards
Ryan & Drewniak, P.A.
1160 Spa Road – Suite 3B
Annapolis, Maryland 21403
(410) 269-0400

Attorneys for Defendants

"_APPROVED_" THIS _16th_ DAY OF _September_, 20_02_

_____
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2002, a copy of the foregoing **Notice to Strike Appearance** was sent via first class mail to the following counsel of record:

Joseph L. Johnson, Esq.
Law Offices of Peter G. Angelos
Court Towers, Suite 300
210 W. Pennsylvania Avenue
Towson, Maryland 21204

Attorneys for Plaintiffs

James P. O'Meara, Esq.
Rollins, Smalkin, Richards & Mackie, L.L.C.
401 North Charles Street
Baltimore, Maryland 21201-4405

Attorneys for Counter-Defendant
John Bernard Collins

_____
Inga Oesterle Drewniak