IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN BERNARD COLLINS, <u>et al.</u>   :
                                      :
v.                                    :   Civil Action No. WMN-02-1857
                                      :
THOMAS P. EVERETT, <u>et al.</u>      :
                                      :

<u>ORDER</u>

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 23rd day of September, 2002, by the United States District Court for the District of Maryland, ORDERED:

1.  That Plaintiffs motion to remand, Paper No. 7, and Counter-Defendant's motion to remand, Paper No. 13, are DENIED;

2.  That Defendants' motion to extend deadlines in scheduling order by six months, Paper No. 16, is GRANTED;

3.  That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge