UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

July 8, 2003

Joseph L. Johnson, Esq.
Inga O. Drewniak, Esq.

    Re:  John Bernard Collins, et al. v. Thomas P. Everett
         Civil action No. WMN-02-1857

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, July 23, 2003, at 9:45 a.m.

    At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                      Very truly yours,

                            /s/

                      William M. Nickerson
                      Senior United States District Judge

WMN:ce

cc:  Court File