## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN BERNARD COLLINS, et al.                    :

    v.                                                    :        CIVIL ACTION NO. WMN-02-1857

THOMAS P. EVERETT, et al.                       :

### AMENDED SCHEDULING ORDER

1.  **Liability experts' reports are due by** <u>September 30, 2003</u>**; all medical experts' reports are due by** <u>October 31. 2003</u>**.**

2.  **All discovery shall be completed by** <u>December 5, 2003</u>**.**

3.  **Dispositive motions shall be filed by** <u>January 5, 2004</u>**.**

4.  **A pretrial conference is scheduled for** <u>March 25, 2004</u> **at 9:30 a.m.  The pretrial order prepared in conformance with Local Rule 106.2 and 3 is due in chambers five days prior to the pretrial conference.**

5.  **Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by** <u>March 25, 2004.</u>  **Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions.  Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.**

6.  **The** <u> 5 Day </u> **jury trial in this matter shall commence on** <u>April 5,  2004</u> **at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.**

7.  **Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each**

item so marked.  [Please contact my courtroom deputy, Mary J o Lauman (410)962-2600

prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the

plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on

defendant's counsel not later than <u>March 18, 2004</u>  Counsel for the defendant shall file said

list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>March 25, 2004</u>.

     8.  The Clerk of Court shall mail copies of this Scheduling Order to counsel in this

case.


           <u>    /s/             </u>
           **William M. Nickerson**
           **Senior United States District Judge**


**Dated:**   <u>July 24, 2003</u>