# RYAN & DREWNIAK, P.A.

*A PROFESSIONAL ASSOCIATION OF ATTORNEYS AT LAW*
1997 ANNAPOLIS EXCHANGE PARKWAY
SUITE 420
ANNAPOLIS, MARYLAND 21401-3271

| | |
|---|---|
| John J. Ryan | Annapolis (410) 897-9000 |
| Inga Oesterle Drewniak | Baltimore (410) 841-2500 |
| Christopher J. Drewniak * | Facsimile (410) 897-4988 |
| Wes P. Henderson | Writer's E-Mail Address: |
| Andrew T. Nichols | Inga@RyanDrewniak.com |
| * Also Admitted in RI | |

August 20, 2003

**VIA ELECTRONIC FILING**
The Honorable Beth Gesner
United States Magistrate Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

>   Re:  John Collins, et al. v. T.P. Everett, Inc., et al.
>        Case No.: WMN-02-CV-1857

Dear Judge Gesner:

This letter is to confirm that the Settlement/ADR Conference in the above-referenced matter has been rescheduled for **February 11, 2004**. In keeping with the parameters of your original Order, *ex parte* submissions will now be due on **January 28, 2004**.

It is my understanding that your Assistant, Norma Taylor, has already made adjustments to your docket concerning the new dates.

The parties appreciate your efforts dedicated toward the prospect of resolution in this matter. Should you require any further information, please feel free to call upon us.

Respectfully submitted,

*/s/*

Inga Oesterle Drewniak

IOD:svf
cc:  The Honorable William M. Nickerson
     Joseph L. Johnson, Esquire
     James P. O'Meara, Esquire