**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

October 7, 2003

Joseph L. Johnson, Esquire
Law Offices of Peter G. Angelos
210 W. Pennsylvania Avenue
Court Towers - Suite 300
Towson, Maryland 21204

Inga Oesterle Drewniak, Esquire
Ryan & Drewniak, PA
1160 Spa Road, Suite 3B
Annapolis, Maryland 21403

    Subject: John Bernard Collins, et al. v. Thomas P. Everett, et al.
          Civil No. WMN-02-1857

Dear Counsel:

    This will confirm that the settlement conference in the above referenced case has been rescheduled from Wednesday, February 11, 2004 to Tuesday, February 10, 2004 at 10:00 a.m.

    Thank you for your assistance in this matter.

                                    Very truly yours,

                                    /s/

                                  Beth P. Gesner
                                  United States Magistrate Judge