## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOHN BERNARD COLLINS, et al.** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | **Case No.:  WMN 02-CV-1857** |
| | * | |
| **THOMAS P. EVERETT, et al.** | * | |
| | * | |
| **Defendants** | * | |

**************************************************************************

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, **John Bernard Collins** and **Susan A. Collins, His Wife, Individually and As Parents and Next Friends of John Brandon Collins** and **Jesse Matthew Collins, Minors**, by and through their attorneys, Joseph L. Johnson and Law Offices of Peter G. Angelos, Defendants, **Thomas P. Everett and Barbara A. Everett,** Individually and t/a **T.P. Trucking,** and **T.P. Trucking, Inc.,** by and through their attorneys, Inga Oesterle Drewniak, Wes P. Henderson and Ryan & Drewniak, P.A., and Counter-Defendant, **John Bernard Collins,** by and through his attorneys, James P. O'Meara and Rollins, Smalkin, Richards & Mackie, file, pursuant to Federal Rule of Civil Procedure 41(a), a Joint Stipulation of Dismissal With Prejudice.

Respectfully Submitted,                          Respectfully Submitted,

        */s/*                                            */s/*


_____                    _____
Joseph L. Johnson, Esquire                    Inga Oesterle Drewniak, Esquire
Law Offices of Peter G. Angelos              Wes P. Henderson, Esquire
Court Towers, Suite 300                         Ryan & Drewniak, P.A.
210 W. Pennsylvania Avenue                  1997 Annapolis Exchange Parkway, Suite 420
Towson, Maryland 21204                       Annapolis, Maryland 21401
(410) 825-7300                                   (410) 897-9000
*Attorneys for Plaintiffs*                       *Attorneys for Defendants*



Respectfully Submitted,

        */s/*


_____
James P. O'Meara, Esquire
Rollins, Smalkin, Richards & Mackie
401 N. Charles Street
Baltimore, Maryland 21202
(410) 727-2443
*Attorneys for Counter-Defendant*